**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Megan F Hooker,<br><br>                          Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Company,<br><br>                          Defendant. | No. 6:22-cv-01096-MK<br><br>**ORDER OF DISMISSAL** |

THIS MATTER came before the Court upon Stipulation by the parties for an Order of Dismissal. The Court having reviewed the file herein, noting agreement of counsel, and being otherwise duly advised, it is hereby

ORDERED that this matter is hereby DISMISSED, WITH PREJUDICE, with each party to bear their own fees and costs.

DATED this 8th day of March 2023.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge